February 8, 2016

FBI Record/Information Dissemination Section
Attn: FOIPA Request
170 Marcel Drive
Winchester, VA 22602

Dear FOIA Officer,

Thank you for accepting this request for public records, filed under the Freedom of Information Act and all applicable open records ordinances and laws.

Per this request, please provide any and all documents pertaining to the FBI undercover investigation known as "Operation Silver Shovel." This includes but is not limited to all documents contained in the case file 194-B-CG-87424. This also includes but is not limited to the FD 302 document for this investigation. We request any and all documents related to this investigation dating between January 1, 1990 and the present day.

The reports and records we seek may be in electronic form, or may be maintained as paper copies. Please search the FBI's indices to the Central Records System for the information responsive to this request.

If your agency typically charges fees for document search or duplication, we request that the fees be waived, as disclosure of this information is in the public interest. It is likely to contribute significantly to public understanding of the FBI's efforts to end public corruption and is not intended for commercial use.

That said, I am willing to pay up to $100 for the processing of this request. Please inform me if the estimated fees will exceed this limit before processing my request.

I am working with WNYC New York Public Radio on this request. But I ask that you email the records directly to me at ramer@chicagoreader.com or mail copies of printed records to:

Robin Amer
Chicago Reader
350 N. Orleans St., 10th Floor
Chicago, IL 60654

If this request is unclear or presents a unique burden on your agency staff, or if I can be of assistance in any way, please contact me at 312-513-8040, or at ramer@chicagoreader.com. As we are reporters on deadline, we appreciate anything you can do to expedite this request.

Exhibit A

Thank you for your consideration.


Sincerely,
Robin Amer
Deputy Editor, News | *Chicago Reader*
Creator & producer | WNYC's *The City* podcast
cell: 312-513-8040
email: ramer@chicagoreader.com


c.c. Matt Collette, WNYC; Special Agent Garrett Croon, FBI